tiorari to the Supreme Court of Texas denied. *Mr. John B. King* for petitioners. *Mr. Raymond E. Beck* for respondent.

No. 370. POTTORFF, RECEIVER, *v.* STAFFORD. October 14, 1935. Petition for writ of certiorari to the Court of Civil Appeals of Texas, Eighth Supreme Judicial District, denied. *Messrs. Thornton Hardie, George P. Barse,* and *Ben R. Howell* for petitioner. *Mr. Robert Ewing Thomason* for respondent.

No. 371. AMERICAN-HAWAIIAN STEAMSHIP Co. *v.* WEISTHOFF ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles R. Hickox* and *Vernon S. Jones* for petitioner. *Mr. David Haar* for respondents.

No. 372. GORDON, SECRETARY OF BANKING OF PENNSYLVANIA, *v.* HELLER. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. Paul C. Wagner* and *Charles J. Margiotti* for petitioner. *Mr. Frank B. DeVine* for respondent.

No. 373. UNION GUARDIAN TRUST Co., RECEIVER, ET AL. *v.* GUARDIAN NATIONAL BANK OF COMMERCE OF DETROIT ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Rowland W. Fixel* and *Arthur E. Fixel* for petitioners. *Messrs. Frank E. Wood* and *Harry*

620

*Kaspir* for respondents.

No. 378. COGGIN, TRUSTEE IN BANKRUPTCY, *v.* HARTFORD ACCIDENT & INDEMNITY Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Charles Lee Coggin* for petitioner. *Mr. Robert Ruark* for respondent.

No. 380. MORTON *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lewis H. Barnes* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Morton K. Rothschild* for respondent.

No. 383. MISSOURI PACIFIC R. Co. *v.* BARTLETT. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William L. Curtis* and *Thomas B. Pryor* for petitioner. *Messrs. Joseph M. Hill* and *Henry L. Fitzhugh* for respondent.

No. 384. BEERS *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Joseph M. Jones* for respondent.